1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Taylor Washburn, WSBA #51524
washburnt@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000

*Counsel for Institute for Policy Integrity*

JUDGE STANLEY A. BASTIAN

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>      v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>            Defendants. | NO. 2:19-cv-00183-SAB<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

MOTION FOR ADMISSION
*PRO HAC VICE* - 1
No. 2:19-cv-00183-SAB

## MOTION FOR ADMISSION PRO HAC VICE

I, Taylor Washburn, counsel of record for Institute for Policy Integrity, respectfully move the Court for an Order granting admission *pro hac vice* to attorney Justin Gundlach to appear in the above-captioned action as counsel for Institute for Policy Integrity, pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 51524) and this Court.

Justin Gundlach's qualifications for *pro hac* admission and other information required by Local Rule 83.2(c)(3) are set forth below:

A.    *Applicant's address and phone number.*

Justin Gundlach
Institute for Policy Integrity
New York University School of Law
139 MacDougal Street, Wilf Hall, 3rd Floor
New York, NY 10012
(212) 992-8932

B.    *Dates of admission to practice before other courts.*

New York State Bar, #4915468, admitted January 11, 2011.

C.    *The name, address, and telephone number of admitted counsel with whom the applicant will be associated.*

Taylor Washburn
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000

Mr. Washburn will act as associate counsel, and will meaningfully participate in the case pursuant to Local Rule 83.2(c)(1).

MOTION FOR ADMISSION
*PRO HAC VICE* - 2
No. 2:19-cv-00183-SAB

1    D.    *The necessity for appearance by the applicant.*

2    Given his experience and the focus of his practice, Justin Gundlach's

3    participation in this action would benefit the Institute for Policy Integrity, and would

4    assist in ensuring a fair and efficient resolution of this matter.

5    E.    *Whether the applicant has any pending disciplinary sanction actions or*

6    *has ever been subject to disciplinary sanctions by any court or bar association.*

7    Justin Gundlach does not have any pending disciplinary sanctions

8    actions against him, nor has he ever been subject to any disciplinary sanctions by

9    any court or bar association.

10    WHEREFORE, we respectfully request that the Court admit Justin Gundlach

11    to appear *pro hac vice* in this action as counsel for Institute for Policy Integrity.

12    Dated:  July 1, 2019

13    LANE POWELL PC

14

15    s/ Taylor Washburn

16    Taylor Washburn, WSBA #51524
washburnt@lanepowell.com

17    *Counsel for Institute for Policy Integrity*

18

19

20

21

22

23

MOTION FOR ADMISSION
*PRO HAC VICE* - 3
No. 2:19-cv-00183-SAB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## **DECLARATION OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 1st day of July, 2019, at Seattle, Washington.


*s/ Peter Elton*
Peter Elton
Legal Assistant

MOTION FOR ADMISSION
*PRO HAC VICE* - 4
No. 2:19-cv-00183-SAB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107