JUDGE STANLEY A. BASTIAN

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | NO. 2:19-cv-00183-SAB<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* |

ORDER GRANTING
MOTION TO APPEAR *PRO HAC VICE* - 1
No. 2:19-cv-00183-SAB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

This Court admits Justin Gundlach to appear *pro hac vice* in this action as counsel for Institute for Policy Integrity.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
HON. STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Taylor Washburn*
    Taylor Washburn, WSBA #51524
    washburnt@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98101-2375
    Telephone: 206.223.7000

*Attorneys for Institute for Policy Integrity*

[PROPOSED] ORDER GRANTING
MOTION TO APPEAR *PRO HAC VICE* - 2
No. 2:19-cv-00183-SAB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107