FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 2:19-cv-00183-SAB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 12, 2019, the parties filed a Joint Status Report Addressing Case Scheduling, in which the parties set forth an agreed-upon briefing schedule. ECF No. 29. It is the Court's intention to rule on the parties' cross-motions for summary judgment prior to the November 22, 2019 effective date.

//

//

//

//

**ORDER SETTING BRIEFING SCHEDULE ~** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The following briefing schedule is **set**:

    a. On or before **July 26, 2019**, Defendants shall produce the administrative record (AR) to Plaintiff and file a certified list of the contents of the AR with the Court.

    b. On or before **August 19, 2019**, Defendants shall file their motion for summary judgment and file their response to the Complaint.

    c. On or before **September 20, 2019**, Plaintiff shall file a consolidated opposition and cross-motion for summary judgment.

    d. On or before **October 4, 2019**, Defendants shall file a consolidated opposition and reply.

    e. On or before **October 18, 2019**, Plaintiff shall file its reply.

2. A hearing on parties' cross-motions for summary judgment is **set** for **November 7, 2019**, at **10:00 a.m.**, in Spokane, Washington.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 23rd day of July 2019.



Stanley A. Bastian
United States District Judge

**ORDER SETTING BRIEFING SCHEDULE ~ 2**