# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

STATE OF WASHINGTON,

*Plaintiff*

v.

ALEX M. AZAR II, and
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendant*

Civil Action No. 2:19-cv-00183-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Preliminary Injunction, ECF No. 8, is DENIED, as moot.
Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment, ECF No. 44, is DENIED.
Plaintiff's Motion for Summary Judgment, ECF No 57, is GRANTED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for summary judgment.

Date: 11/21/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez