JOSEPH H. HUNT
Assistant Attorney General
JAMES M. BURNHAM
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
BRADLEY P. HUMPHREYS
REBECCA M. KOPPLIN
BENJAMIN T. TAKEMOTO
Trial Attorneys
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Counsel for Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, | No. 2:19-cv-0183-SAB |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| ALEX M. AZAR II, *in his official capacity as Secretary of the United States Department of Health and Human Services*; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendants. | |

Defendants hereby give notice that they appeal to the United States Court of Appeals for the Ninth Circuit from all aspects of this Court's order and final appealable judgment entered on November 21, 2019—ECF Nos. 74 and 75—and all prior orders and decisions that merge into those orders.

Dated: January 17, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Rebecca Kopplin*
BRADLEY P. HUMPHREYS
REBECCA KOPPLIN
BENJAMIN T. TAKEMOTO
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney
United States Department of Justice

**DEFENDANTS' NOTICE OF APPEAL**

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
(202) 514-3953