UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER T. SEVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, <br><br> Defendants-Appellants. | No.   20-15398 <br><br> D.C. No. 3:19-cv-02405-WHA Northern District of California, San Francisco <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ALEX M. AZAR II; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, <br><br> Defendants-Appellants. | No.   20-35044 <br><br> D.C. No. 2:19-cv-00183-SAB |
| COUNTY OF SANTA CLARA; LOS ANGELES LGBT CENTER; WHITMAN-WALKER CLINIC, INC., DBA Whitman-Walker Health; BRADBURY-SULLIVAN LGBT COMMUNITY CENTER; CENTER ON HALSTED; HARTFORD GYN | No.   20-15399 <br><br> D.C. No. 3:19-cv-02916-WHA |

CENTER; MAZZONI CENTER; MEDICAL
STUDENTS FOR CHOICE; AGLP: THE
ASSOCIATION OF LGBTQ+
PSYCHIATRISTS; AMERICAN
ASSOCIATION OF PHYSICIANS FOR
HUMAN RIGHTS, DBA GLMA: Health
Professionals Advancing LGBTQ Equality;
COLLEEN MCNICHOLAS; ROBERT
BOLAN; WARD CARPENTER; SARAH
HENN; RANDY PUMPHREY,

          Plaintiffs-Appellees,

  v.

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES; ALEX M. AZAR II,
in his official capacity as Secretary of Health
and Human Services,

          Defendants-Appellants.

---

STATE OF CALIFORNIA,              No.   20-16045

          Plaintiff-Appellee,       D.C. No. 3:19-cv-02769-WHA

  v.

ALEX M. AZAR II, in his official capacity
as Secretary of the U.S Department of Health
& Human Services; U.S. DEPARTMENT
OF HEALTH & HUMAN SERVICES,

          Defendants-Appellants.

Before: BERZON, CHRISTEN, and BADE, Circuit Judges.
Order by Judges BERZON and CHRISTEN; Dissent by Judge BADE.

2

In its most recent status report, the government stated that it has submitted a final rule for review and approval to the Office of Information and Regulatory Affairs (OIRA) that may moot this case. Accordingly, the government's request that this case be held in abeyance for six months or until thirty days after the issuance of a final rule, whichever is sooner (Dkt. No. 141), is GRANTED. At the end of that period, the parties shall provide the Court with a report as to the status of the rulemaking process and may file motions to govern further proceedings.

Judge Bade dissents to this twelfth request to hold this case in abeyance for the reasons stated in her dissent to the court's June 16, 2022 order, Dkt. No. 130, as incorporated in her dissent to the court's October 7, 2022 and April 6, 2023 orders, Dkt. Nos. 132 and 140, in which the court granted the government's previous requests to hold the case in abeyance.