Case 2:19-cv-00183-SAB ECF No. 87 filed 02/14/24 PageID.719 Page 1 of 2

**FILED**

FEB 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; et al., <br><br> Defendants-Appellants. | No. 20-15398 <br><br> D.C. No. 3:19-cv-02405-WHA <br> Northern District of California, San Francisco <br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ALEX M. AZAR II; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, <br><br> Defendants-Appellants. | No. 20-35044 <br><br> D.C. No. 2:19-cv-00183-SAB |
| COUNTY OF SANTA CLARA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of Health | No. 20-15399 <br><br> D.C. No. 3:19-cv-02916-WHA |

and Human Services,

        Defendants-Appellants.

| | |
|---|---|
| STATE OF CALIFORNIA, | No. 20-16045 |
|     Plaintiff-Appellee, | D.C. No. 3:19-cv-02769-WHA |
| v. | |
| ALEX M. AZAR II, in his official capacity as Secretary of the U.S Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, | |
|     Defendants-Appellants. | |

Before: BERZON, CHRISTEN, and BADE, Circuit Judges.

    Defendants-Appellants's unopposed motion for voluntary dismissal of the appeals (Dkt. No. 146) is granted. The appeals are dismissed. *See* Fed. R. App. P. 42(b). This order constitutes the mandate of this court.

2